UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CALVIN L. POWELL,
Inmate No. 121781,
    Plaintiff,

vs.                                      Case No.: 5:17cv219/MCR/EMT

JULIE L. JONES, et al.,
    Defendants.
_____/

# O R D E R

This cause is before the Court on the Chief Magistrate Judge's Report and Recommendation dated November 22, 2017 (ECF No. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a determination of the timely filed objections (ECF No. 15).

Having considered the Report and Recommendation, and the objections, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1) as malicious.

3.  The Clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 19th day of December 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**